General Complaint


FILED
FEB 13 2017
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

__SEAN OWENS__

Case Number: __4:17-CV-107__

List the full name of each plaintiff in this action.

VS.

__NEOVIA LOGISTICS LLC__

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      (3.) Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

      __SOUTHERN METHODIST UNIVERSITY SCHOOL OF LAW CIVIL CLINIC__

      __6425 BOAZ LANE__

      __DALLAS, TX 75205__

C. Results of the conference with counsel:

PENDING (CONTINGENT ON WILLINGNESS TO ACCEPT CASE AS PRO BONO)

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ✓ Yes ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: 4/11/2011

2. Parties to previous lawsuit(s):

    Plaintiff S. OWENS

    Defendant CEVA LOGISTICS

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

    SOUTHERN DISTRICT OF TEXAS

4. Docket number in other court. 4:11-CV-02237

5. Name of judge to whom the case was assigned.
    LEE H. ROSENTHAL

6. Disposition: Was the case dismissed, appealed or still pending?

    SETTLED

7. Approximate date of disposition. 4/12/2014

III. Parties to this suit:

   A. List the full name and address of each plaintiff:

   Pla #1 SEAN OWENS
   3930 ACCENT DRIVE, APT. 2131
   DALLAS, TX 75287

   Pla #2 _____

   B. List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: NEOVIA LOGISTICS, LLC
   6363 N. STATE HIGHWAY 161, SUITE #700
   IRVING, TX 75038

   Dft #2: _____

   Dft #3 _____

   Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

- PLAINTIFF WAS AN EMPLOYEE OF NEOVIA LOGISTICS, LLC FROM JANUARY 2015 - JANUARY 20TH, 2017.
- JOB TITLE WAS CONTINUOUS IMPROVEMENT SUPERVISOR
- SUPERVISED 0 EMPLOYEES DURING TENURE WITH COMPANY
- ENGAGED IN EXTENSIVE TRAVEL DOMESTICALLY FOR 2 YEARS
- SOME TRAVEL REQUIRED WEEKEND STAYS
- ALL TRAVEL REQUIRED OVERNIGHT STAYS FOR PERIODS OF UP TO ONE WEEK ON AVERAGE (SOMETIMES LONGER)
- EMPLOYEE CLASSIFIED AS "SALARIED EXEMPT" BUT NO JUSTIFICATION PROVIDED UPON REQUEST AS TO METHOD OF CLASSIFICATION
- FREQUENTLY WORKED ON SITE AT TRAVEL DESTINATIONS
- FREQUENTLY WORKED AT HOTELS WHILE TRAVELING
- FREQUENTLY WORKED FROM HOME ON WEEKENDS AND DURING WEEKDAYS WHEN NOT TRAVELING DURING EVENINGS, WHILE ON VACATION AND WHEN NOT PHYSICALLY WORKING IN HEADQUARTERS IN IRVING, TX
- FREQUENTLY WORKED AT AIRPORTS WHILE IN TRANSIT WAITING
- JOB REQUIRED NO SPECIAL SKILLS, ADVANCED KNOWLEDGE, COLLEGE DEGREE OR CREATIVE SKILL-SETS AS OTHER TEAM MEMBERS DO NOT POSSESS ONE OR MORE OF THE ABOVE MENTIONED ITEMS.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I AM LOOKING FOR THIS COURT TO FIND THE DEFENDANT LIABLE. I WOULD HUMBLY ASK THIS COURT TO ORDER DEFENDANT TO PAY ALL BACK OVERTIME WAGES, LIQUIDATED DAMAGES, COURT COSTS, ANY ATTORNEY FEES, PUNITIVE DAMAGES IF ALLOWED, OTHER RELATED WAGE SUMS STILL UNPAID AND INJUNCTIVE RELIEF AS OTHER SIMILARLY SITUATED EMPLOYEES MAY BE AFFECTED.

Signed this __6TH__ day of __FEBRUARY__ (Month), 20 __17__ (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __February 6TH, 2017__
Date

_Leon Ahums_
Signature of each plaintiff